# Exhibit E

**Exhibit E - U.S. Patent No. 10,339,520**

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 10 [Pre]: A method of storing and generating payment information in an electronic device, the method comprising: | A Google Pay and/or Google Wallet-enabled computing device is an electronic device that practices a method of storing and generating payment information.<br><br>[. . .]<br><br>*See, e.g.*, *An even better way to use your favorite Google apps.*, Google, https://store.google.com/intl/en/ideas/articles/google-software-features/; *Install and update apps on Google Pixel Watch*, Google, https://support.google.com/googlepixelwatch/answer/13044412 ("Google Pixel Watch 2 is preloaded with more apps like Calendar, Fitbit, Google Wallet, Google Maps, YouTube Music and more."); *Google Wallet*, Google, https://wallet.google/.<br><br>*See, e.g.*, *Google Pay – Pay In Store*, Google, https://pay.google.com/about/pay-in-store/; *Google Pay – Pay Online*, Google, https://pay.google.com/about/pay-online/. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
|  | **Device tokenization**<br><br>When a user successfully adds their card to Google Pay, Google Pay stores a uniquely generated token on the device that has its own value. This new number, called a dynamic primary account number (DPAN) or device token, is similar to a credit card number.<br><br>A DPAN improves account security because Google Pay passes it to a terminal during payment instead of the actual card number. In Google Pay, DPAN is referred as a 'virtual account number'. Users can only see the last four digits of this number, which are visible on the card details view in the Google Wallet app.<br><br>*See, e.g.*, *Google Pay – Device Tokenization – TSP Integration*, Google (Feb. 1, 2024), https://developers.google.com/pay/issuers/tsp-integration/overview; *Google Pay – Device Tokenization – Overview*, Google (Oct. 16, 2024), https://developers.google.com/pay/issuers.<br><br>Highlights of Google Pay's security features include:<br><br>- **Network tokenization standards:** When a cardholder makes a purchase using a device token, Google Pay sends the token's DPAN rather than the FPAN of the card. This "tokenization" provides your cardholders with an extra layer of security.<br>- **Secure in-memory storage of limited-use keys (LUKs):** Your cardholder's mobile device stores the primary key that generates transaction cryptograms for contactless transactions. No other primary key data is stored on the device.<br><br>*See, e.g.*, *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security; *Payment data cryptography for merchants*, Google Pay for Payments – Android (Oct. 24, 2024), https://developers.google.com/pay/api/android/guides/resources/payment-data-cryptography. |
| 10[a]: accepting a user input of issued payment information input at a touch screen display of the electronic device, wherein the information comprises an issuer provided payment information; | A Google Pay- and/or Google Wallet-enabled computing device accepts a user input of issued payment information input at a touch screen display of the electronic device, wherein the information comprises an issuer provided payment information.<br><br>**Add new card**<br><br>With the Google Wallet app<br><br>1. Open the Google Wallet app.<br>2. At the bottom, tap **Add to Wallet** +.<br>3. Tap **Payment card**.<br>   - Any cards you saved to your Google Account are shown.<br>4. Tap **New credit or debit card**.<br>   - To add a card, use your camera or tap **Enter details manually.**<br>5. At the bottom, tap **Save and continue.**<br><br>*See, e.g.*, *Add a new debit or credit card*, Google Wallet Help, https://support.google.com/wallet/answer/12058983; *Make contactless payments with Google Pixel Watch*, Google Pixel Watch Help, https://support.google.com/googlepixelwatch/answer/12661007. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | **Key Google Pay UX flows**<br><br>Cards can be added to Google Pay either through Google Wallet surfaces or an issuer's mobile banking app using the Push Provisioning API. Google Wallet app surfaces let users to enter their card details in multiple ways, including autofilling the details using a card already stored on file, OCR scanning, and manual entry.<br><br>  <br><br>Card on File            OCR Scanning            Manual entry<br><br>*See, e.g.*, *Google Pay – Device Tokenization – TSP Integration – Google Pay Flows*, Google (May 2, 2024), https://developers.google.com/pay/issuers/tsp-integration/gpay-flows.<br><br>**Add a card to your Google Wallet**<br><br><br><br>**Add a credit or debit card**<br>If you add a card to your watch, you don't need your phone to pay.<br>1. On your smartwatch, open the Google Wallet app.<br>2. Tap **Get started**.<br>3. Set up screen lock if you haven't already.<br>4. On your phone, follow the instructions to add a Suica, credit, or debit card.<br><br>Tip:<br>• This only adds a card to the Google Wallet app on your watch, not your phone.<br><br>*See, e.g.*, *Make contactless payments with Google Pixel Watch*, Google, https://support.google.com/googlepixelwatch/answer/12661007?hl=en. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 10[b]: wherein the electronic device comprises device-specific and user-specific information; and | A Google Pay- and/or Google Wallet-enabled computing device comprises device-specific and user-specific information.<br><br>**Add a Google or other account to your phone**<br>1. Open your device's Settings app.<br>2. Tap **Passwords & accounts**.<br>3. Under "Accounts," tap **Add account**.<br>4. Tap the type of account you want to add.<br>   - **To add your Google Account**, tap **Google**. When you sign in with a Google Account, the email, contacts, calendar events, and other data associated with that account automatically sync with your device.<br>   - **To add your Google Meet account**, tap **Meet**. When you sign in with your Meet account, you can make and receive video calls, create meetings, and call devices linked to your Home.<br><br>*See, e.g.*, *Add or remove Google & other accounts on your Pixel phone*, Pixel Phone Help, https://support.google.com/pixelphone/answer/2840815; *Fix account and password issues for Pixel Watch*, Google Pixel Watch Help, https://support.google.com/googlepixelwatch/answer/13579196.<br><br><br><br>*See, e.g.*, Andrew Romero, *How to find you phone number on Android devices*, 9 To 5 Google (May 9, 2023 9:14 am PT), https://9to5google.com/2023/05/09/find-phone-number/; *Find your device serial number*, Google Store Help, https://support.google.com/store/answer/3333000. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 10[c]: wherein the issuer provided payment information is communicated wirelessly; and | A Google Pay- and/or Google Wallet-enabled computing device wirelessly communicates issuer-provided payment information.<br><br>The following flow diagrams show how the cardholder's device, Google's servers, the TSP, and the card issuing bank's systems interact to provision a token.<br><br>[Sequence diagram: User → Google → TSP → Issuer. User enters card details; User accepts Google Pay ToS; checkEligibility(); checkEligibility(); Success; Success (card metadata, Issuer ToS, card art); Present issuer ToS; ToS accpeted; tokenize(risk signals, provisioning data); tokenize(risk signals, provisioning data); idvOutcome(approved, declined, challenge); idvOutcome(approved, declined, challenge); idvOutcome(approved, declined, challenge); If ID&V outcome="green", flow complete, active token. If ID&V outcome="red", flow complete, no token. If ID&V outcome="yellow", proceed to ID&V. SMS example below.]<br><br>*See, e.g.*, *Google Pay – Device Tokenization – TSP Integration – Overview*, Google (Feb. 1, 2024), https://developers.google.com/pay/issuers/tsp-integration/overview; *Google Pay FAQ*, Aerospace Federal Credit Union, https://www.aerofcu.org/Services/Digital-Wallet/Google-Pay-FAQ ("[Google Pay] requires an active Internet connection when adding or removing a payment card or to download transaction history. You can connect via a Wi-Fi network or using your mobile data connection."). |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 10[d]: receiving wirelessly a static device account number payment information for storage on the electronic device; and | A Google Pay- and/or Google Wallet-enabled computing device wirelessly receives a static device account number payment information for storage on the electronic device.<br><br>**12) Will the DPAN be stored encrypted along with the LUK in the service layer's sqlite database?**<br><br>Yes. Each TSP provides a payment bundle which includes static data like the token and dynamic data like the keys. The bundle data is stored encrypted on the device.<br><br>*See, e.g.*, Google, *Google Pay Security Paper* (Ver. 2.4, Jan. 2022) *available at* https://developers.google.com/wallet/access/campus-id/resources/Google_Pay_Security_Paper_2.4.pdf.<br><br>Device tokenization<br><br>When a user successfully adds their card to Google Pay, Google Pay stores a uniquely generated token on the device that has its own value. This new number, called a dynamic primary account number (DPAN) or device token, is similar to a credit card number.<br><br>A DPAN improves account security because Google Pay passes it to a terminal during payment instead of the actual card number. In Google Pay, DPAN is referred as a 'virtual account number'. Users can only see the last four digits of this number, which are visible on the card details view in the Google Wallet app. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | The following flow diagrams show how the cardholder's device, Google's servers, the TSP, and the card issuing bank's systems interact to provision a token.<br><br><br><br>*See, e.g., Google Pay – Device Tokenization – TSP Integration – Overview*, Google (Feb. 1, 2024), https://developers.google.com/pay/issuers/tsp-integration/overview; *Google Pay FAQ*, Aerospace Federal Credit Union, https://www.aerofcu.org/Services/Digital-Wallet/Google-Pay-FAQ ("[Google Pay] requires an active Internet connection when adding or removing a payment card or to download transaction history. You can connect via a Wi-Fi network or using your mobile data connection."). |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 10[e]: wherein at least a portion of the payment information is a limited use number for limited use by the device, in place of a issuer provided payment information; and, | A Google Pay- and/or Google Wallet-enabled computing device generates payment information, at least a portion of which is a limited use number for limited use by the device, in place of a issuer provided payment information.<br><br>**Tokens and cards-on-file**<br><br>When a user adds their card to Google Pay, they get one or more of the following:<br><br>• Device token (DPANs)<br><br>• Card-on-file (PAN/FPAN, expiry, and cardholder name)<br><br>• Cloud token (tokenized version of a card-on-file)<br><br>Device tokens, cards on file, and cloud tokens are used in different scenarios. Device tokens are device bound and can be used for in-store NFC transactions and online transactions. Cards on file and cloud tokens are stored at the account level, rather than on the device, and can be used for peer-to-peer and online transactions. When tokenizing a card, the user's card information may be stored as a card on file and can potentially incur a small, temporary charge. This charge is refunded once the account has been verified. More information can be found on the Google charge support page.<br>*See, e.g.*, *Google Pay – Device Tokenization – Overview*, Google (Oct. 16, 2024), https://developers.google.com/pay/issuers; *Google Pay – Device Tokenization – TSP Integration*, Google (Feb. 1, 2024), https://developers.google.com/pay/issuers/tsp-integration/overview; *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security.<br><br>Google Pay was designed to provide the flexibility required for an open platform and protection for all users: the cardholder, merchant, network, the merchant's acquiring bank, and the card issuing bank.<br><br>Highlights of Google Pay's security features include:<br><br>• **Network tokenization standards:** When a cardholder makes a purchase using a device token, Google Pay sends the token's DPAN rather than the FPAN of the card. This "tokenization" provides your cardholders with an extra layer of security.<br><br>• **Secure in-memory storage of limited-use keys (LUKs):** Your cardholder's mobile device stores the primary key that generates transaction cryptograms for contactless transactions. No other primary key data is stored on the device.<br>*See, e.g.*, *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security; *Payment data cryptography for merchants*, Google Pay for Payments – Android (Oct. 28, 2024), https://developers.google.com/pay/api/android/guides/resources/payment-data-cryptography. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 10[f]: dynamically generating a one-time limited-use number based on at least one of a set of information including: user-identifying information; user secrets; device information; device secrets; time; merchant; facility location; sequence count; payment information; account information; amount; and transaction information; and | A Google Pay- and/or Google Wallet-enabled computing device dynamically generates a one-time limited-use number based on at least one of a set of information including: user-identifying information; user secrets; device information; device secrets; time; merchant; facility location; sequence count; payment information; account information; amount; and transaction information.<br><br>**5.0 Secure Limited-Use Key Storage**<br><br>**5.1 Context**<br><br>Conventional provisioning of credit card information to a device (whether tokenized or not) involves storing a Master Key on a trusted piece of hardware like a Secure Element. For the purpose of this document, it will be called Card Master Key (CMK). CMK is synonymous with Master Derivation Key (MDK).<br><br>The CMK serves as a long-term secret used to compute cryptographic dynamic verification codes (CVC3) are generated for MSD transactions and ARQC (Online Authorization Request) cryptograms are generated for EMV transactions. These are verified by the issuer during issuer authorization.<br><br>*See, e.g.*, Google, *Google Pay Security Paper* (Ver. 2.4, Jan. 2022) *available at* https://developers.google.com/wallet/access/campus-id/resources/Google_Pay_Security_Paper_2.4.pdf; *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security; *Payment data cryptography for merchants*, Google Pay for Payments (Oct. 28, 2024), https://developers.google.com/pay/api/android/guides/resources/payment-data-cryptography.<br><br>**8   Application Cryptogram and Issuer Authentication**<br><br>The aim of this section is to provide methods for the generation of the Application Cryptograms (TC, ARQC, or AAC) generated by the ICC and the Authorisation Response Cryptogram (ARPC) generated by the issuer and verified by the ICC. For more details on the role of these cryptograms in a transaction, see section 10.8 of Book 3.                                                  [. . .] |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
|  | **8.1 Application Cryptogram Generation** <br> **8.1.1 Data Selection**   [. . .] <br> The recommended minimum set of data elements to be included in Application Cryptogram generation is specified in Table 26. <br><br> | Value | Source | <br> |---|---| <br> | Amount, Authorised (Numeric) | Terminal | <br> | Amount, Other (Numeric) | Terminal | <br> | Terminal Country Code | Terminal | <br> | Terminal Verification Results | Terminal | <br> | Transaction Currency Code | Terminal | <br> | Transaction Date | Terminal | <br> | Transaction Type | Terminal | <br> | Unpredictable Number | Terminal | <br> | Application Interchange Profile | ICC | <br> | Application Transaction Counter | ICC | <br><br> Table 26: Recommended Minimum Set of Data Elements for Application Cryptogram Generation <br> *See, e.g.*, EMVCo, *EMV Integrated Circuit Card Specifications for Payment Systems, Book 2 – Security and Key Management v4.3* at 11, 21, 87–88 (Nov. 2011), *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |
| 10[g]: using said static device account number and said dynamically generated one-time limited-use number together in the place of issuer provided payment information for making a payment transaction. | The Google Pay and/or Google Wallet-enabled computing device uses said static device account number and said dynamically generated one-time limited-use number together in the place of issuer provided payment information for making a payment transaction. <br><br> Google Pay was designed to provide the flexibility required for an open platform and protection for all users: the cardholder, merchant, network, the merchant's acquiring bank, and the card issuing bank. <br><br> Highlights of Google Pay's security features include: <br><br> • **Network tokenization standards:** When a cardholder makes a purchase using a device token, Google Pay sends the token's DPAN rather than the FPAN of the card. This "tokenization" provides your cardholders with an extra layer of security. <br><br> • **Secure in-memory storage of limited-use keys (LUKs):** Your cardholder's mobile device stores the primary key that generates transaction cryptograms for contactless transactions. No other primary key data is stored on the device. <br><br> *See, e.g.*, *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security; *Google Pay – Device Tokenization – TSP Integration*, Google (Feb. 1, 2024), https://developers.google.com/pay/issuers/tsp-integration/overview. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | At a high level, the Google Pay security approach: [. . .]<br><br>● Adheres to standards for payment network tokenization, the creation and use of a cryptogram to represent payment credentials.<br>● Unlocks these cryptograms with limited-use keys (LUKs) or single use keys (SUKs), which are stored in-memory on the device.<br><br>*See, e.g.*, Google, *Google Pay Security Paper* (Ver. 2.4, Jan. 2022) *available at* https://developers.google.com/wallet/access/campus-id/resources/Google_Pay_Security_Paper_2.4.pdf. |