# Exhibit F

**Exhibit F - U.S. Patent No. 10,810,579**

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[Pre]: An electronic device comprising | A Google Pay- and/or Google Wallet-enabled computing device is an electronic device comprising the following limitations.<br><br> [. . .]<br><br>*See, e.g.*, *An even better way to use your favorite Google apps.*, Google, https://store.google.com/intl/en/ideas/articles/google-software-features/; *Install and update apps on Google Pixel Watch*, Google, https://support.google.com/googlepixelwatch/answer/ 13044412 ("Google Pixel Watch 2 is preloaded with more apps like Calendar, Fitbit, Google Wallet, Google Maps, YouTube Music and more.").<br><br><br><br>*See, e.g.*, *Google Pay – Pay the Google way*, Google, https://pay.google.com/about/; *Google Pay – Pay In Store*, Google, https://pay.google.com/about/pay-in-store/; *Google Wallet*, Google, https://wallet.google/. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[a]: at least one processor;<br><br>19[b]: a memory coupled to the at least one processor;<br><br>19[c]: a display operable to present a visual user-interface comprising device inputs; display output; | A Google Pay- and/or Google Wallet-enabled computing device includes at least one processor, a memory coupled to the at least one processor, and a display operable to present a visual user-interface comprising device inputs; display output.<br><br><br><br>See, e.g., *Pixel phone hardware tech specs*, Pixel Phone Help, https://support.google.com/pixelphone/answer/7158570.<br><br>See, e.g., *Google Pixel Watch Technical & Device Specifications*, Google Pixel Watch Help, https://support.google.com/googlepixelwatch/answer/12651869. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[d]: a device input; | A Google Pay- and/or Google Wallet-enabled computing device includes a device input.<br><br><br><br>See, e.g., *Pixel phone hardware tech specs*, Pixel Phone Help, https://support.google.com/pixelphone/answer/7158570; *Fix a Pixel screen that doesn't work right*, Pixel Phone Help, https://support.google.com/pixelphone/answer/6010316; *Tap to pay with your phone*, Google Wallet Help, https://support.google.com/wallet/answer/12060043; Shikar Mehrotra, *Pixel 7 Always-on Display: How To Turn It On (Or Off)*, ScreenRant (Jun. 27, 2023), https://screenrant.com/pixel-7-always-on-display-how/. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
|  | Interaction — Side button; Haptic crown; Premium haptics<br><br>*See, e.g., Google Pixel Watch Technical & Device Specifications*, Google Pixel Watch Help, https://support.google.com/googlepixelwatch/answer/12651869; *Fix a blank, unresponsive, or error message on the Google Pixel Watch screen*, Google Pixel Watch Help, https://support.google.com/googlepixelwatch/answer/13575675; Made by Google, *How to Use Google Wallet on Your Google Pixel Watch*, YouTube (Apr. 11, 2023), https://www.youtube.com/watch?v=Sa6ULG8MNUA; *Lock your watch screen*, Wear OS by Google Help, https://support.google.com/wearos/answer/9248353; Jon Gilbert and Anu Joy, *7 Google Pixel Watch tip and tricks you'll want to try*, Android Police (Oct. 7, 2023), https://www.androidpolice.com/google-pixel-watch-tips-tricks/. |
| 19[e]: an NFC interface operable to receive a transaction request when in proximity to an NFC recipient; | A Google Pay- and/or Google Wallet-enabled computing device includes an NFC interface operable to receive a transaction request when in proximity to an NFC recipient.<br><br>**Make payments using NFC**<br><br>**Important:** Make sure that NFC option is turned on your phone.<br><br>To make a payment through NFC:<br><br>1. Unlock your phone.<br>2. Tap your phone on the payment terminal.<br>3. Google Pay app will open automatically.<br>4. To confirm the amount to be paid, tap **Proceed**.<br><br>You'll be notified once your payment is successful.<br><br>*See, e.g., Get started with NFC*, Google Pay Help, https://support.google.com/pay/india/answer/10123985. |

| **Claim No.** | **Google Pay- and/or Google Wallet-Enabled Computing Device** |
|---|---|
| | <br>*See, e.g.*, *Pixel phone hardware diagram*, Pixel Phone Help, https://support.google.com/pixelphone/answer/7157629.<br><br>*See, e.g.*, *Tap to pay with your smartwatch*, Google Wallet Help, https://support.google.com/wallet/answer/12059876.<br><br>[. . .]<br><br>*See, e.g.*, *Google Pixel Watch Technical & Device Specifications*, Google Pixel Watch Help, https://support.google.com/googlepixelwatch/answer/12651869. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[f]: wherein the processor is operable to execute a program to implement a method comprising:<br><br>19[g]: accepting a priming action of the electronic device by an identified device user, from the device input;<br><br>19[h]: enabling the electronic device for imminent performance of a payment operation responsive to the priming action of a valid user; | The processor of a Google Pay- and/or Google Wallet-enabled computing device is operable to execute a program to implement a method comprising accepting a priming action of the electronic device by an identified device user, from the device input and enabling the electronic device for imminent performance of a payment operation responsive to the priming action of a valid user<br><br><br><br>*See, e.g.*, *Google Pay – Pay the Google way*, Google, https://pay.google.com/about/; *Google Pay – Pay In Store*, Google, https://pay.google.com/about/pay-in-store/; *Install and update apps on Google Pixel Watch*, Google, https://support.google.com/googlepixelwatch/answer/13044412 ("Google Pixel Watch 2 is preloaded with more apps like Calendar, Fitbit, Google Wallet, Google Maps, YouTube Music and more.").<br><br>Pay in a store<br><br>Step 1: Wake up & unlock your phone<br><br>**Important:** For users with a Pixel 7 or Pixel 7 Pro, Face Unlock is currently not supported for tap to pay transactions.<br><br>Turn on your screen, then unlock your phone. You don't need to open the Google Wallet app.<br><br>**Tip:** In most countries or regions, smaller transactions don't require you to unlock your phone. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | <br>*See, e.g.*, *Tap to pay with your phone*, Google Wallet Help, https://support.google.com/wallet/answer/12060043; Shikar Mehrotra, *Pixel 7 Always-on Display: How To Turn It On (Or Off)*, ScreenRant (Jun. 27, 2023), https://screenrant.com/pixel-7-always-on-display-how/. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| |  *See, e.g.*, Made by Google, *How to Use Google Wallet on Your Google Pixel Watch*, YouTube (Apr. 11, 2023), https://www.youtube.com/watch?v=Sa6ULG8MNUA; Jon Gilbert and Anu Joy, *7 Google Pixel Watch tip and tricks you'll want to try*, Android Police (Oct. 7, 2023), https://www.androidpolice.com/google-pixel-watch-tips-tricks/.<br><br>**Verify it's you to make a purchase**<br>To make payments with Google Wallet, you must have a screen lock set up on your device and verify it's you for your security.<br><br>You can verify it's you in Google Wallet with several methods:<br>• PIN<br>• Pattern<br>• Password<br>• Class 3 biometric unlock<br><br>**Tip:** Google Wallet doesn't work with Class 1 or Class 2 biometric unlocks or screen locks like Smart Unlock or Knock to Unlock.<br>*See, e.g.*, *Verify it's you to make a purchase*, Google Wallet Help, https://support.google.com/wallet/answer/12059519; *Set up screen lock for tap to pay transactions*, Google Wallet Help Center (captured Dec. 15, 2023), https://web.archive.org/web/20231215153739/https://support.google.com/wallet/answer/12059519#zippy=%2Cpayment-limits-on-a-locked-device (noting for the United States that "Unlock is required for all transactions except for transit"); *Set screen lock on your Pixel phone*, Pixel Phone Help, https://support.google.com/pixelphone/answer/2819522. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[i]: displaying a summary of selectable payment account options on the display;<br><br>19[j]: receiving a payment selection and approval authorization from a valid device user via the device input; and | A Google Pay- and/or Google Wallet-enabled computing device displays a summary of selectable payment account options on the display and receive a payment selection and approval authorization from a valid device user via the device input.<br><br>**Find your default payment method**<br>1. Open the Google Wallet app.<br>2. At the top, on your payment methods, swipe from the right edge of the screen to left until you get to the last one.<br>3. Tap Edit card order.<br>4. Your default method has a contactless symbol.<br><br>**Tip:** Cards that can be used for tap and pay, but aren't your default, have a different contactless symbol.<br><br>**Pay with a different card**<br>You can tap and pay with other cards that aren't your default card.<br>1. Open the Google Wallet app.<br>2. At the top, on your card, swipe from the right edge of the screen to left until you find the card that you want to use.<br>3. Hold the back of your phone against the payment terminal.<br>4. If prompted, choose "Credit," no matter your type of card.<br><br>See, e.g., *Change your default payment method in the Google Wallet app*, Google Wallet Help, https://support.google.com/wallet/answer/12059255.<br><br>**How to use Google Wallet on Pixel Watch**<br>With Screen Lock and Google Wallet set up on Pixel Watch, now it's just a matter of putting the tap-to-pay functionality to use.<br>1. **Double-press** the crown.<br>2. Your default card will appear on the screen.<br>3. If you want to pay with a different card, **swipe** until you find the card you want to use.<br>4. **Hold your Pixel Watch** near the payment terminal.<br>5. Once the payment has been completed successfully, you will hear a chime and a checkmark appears on your watch.<br><br>See, e.g., *How to use Google Wallet on the Pixel Watch*, AndroidCentral (Oct. 19, 2022), https://www.androidcentral.com/wearables/how-to-use-google-wallet-pixel-watch. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | **Verify it's you to make a purchase**<br><br>To make payments with Google Wallet, you must have a screen lock set up on your device and verify it's you for your security.<br><br>You can verify it's you in Google Wallet with several methods:<br><br>• PIN<br>• Pattern<br>• Password<br>• Class 3 biometric unlock<br><br>**Tip:** Google Wallet doesn't work with Class 1 or Class 2 biometric unlocks or screen locks like Smart Unlock or Knock to Unlock.<br><br>*See, e.g.*, *Verify it's you to make a purchase*, Google Wallet Help, https://support.google.com/wallet/answer/12059519; *Set up screen lock for tap to pay transactions*, Google Wallet Help Center (captured Dec. 15, 2023), https://web.archive.org/web/20231215153739/https://support.google.com/wallet/answer/12059519#zippy=%2Cpayment-limits-on-a-locked-device (noting for the United States that "Unlock is required for all transactions except for transit"); *Set screen lock on your Pixel phone*, Pixel Phone Help, https://support.google.com/pixelphone/answer/2819522. |
| 19[k]: responsive to receiving an NFC transaction payment request, generating a limited-use payment information for use in place of card issuer payment information, | A Google Pay- and/or Google Wallet-enabled computing device, responsive to receiving an NFC transaction payment request, generates a limited-use payment information for use in place of card issuer payment information.<br><br>Google Pay was designed to provide the flexibility required for an open platform and protection for all users: the cardholder, merchant, network, the merchant's acquiring bank, and the card issuing bank.<br><br>Highlights of Google Pay's security features include:<br><br>• **Network tokenization standards:** When a cardholder makes a purchase using a device token, Google Pay sends the token's DPAN rather than the FPAN of the card. This "tokenization" provides your cardholders with an extra layer of security.<br><br>• **Secure in-memory storage of limited-use keys (LUKs):** Your cardholder's mobile device stores the primary key that generates transaction cryptograms for contactless transactions. No other primary key data is stored on the device.<br><br>*See, e.g.*, *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security; *Google Pay – Device Tokenization – TSP Integration*, Google (Feb. 1, 2024), https://developers.google.com/pay/issuers/tsp-integration/overview. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
|  | At a high level, the Google Pay security approach: [. . .]<br>- Adheres to standards for payment network tokenization, the creation and use of a cryptogram to represent payment credentials.<br>- Unlocks these cryptograms with limited-use keys (LUKs) or single use keys (SUKs), which are stored in-memory on the device.<br><br>*See, e.g.*, Google, *Google Pay Security Paper* (Ver. 2.4, Jan. 2022) *available at* https://developers.google.com/wallet/access/campus-id/resources/Google_Pay_Security_Paper_2.4.pdf. |
| 19[l]: wherein the NFC interface is operable to transmit said payment information from said electronic device to the NFC recipient of the transaction; and | The NFC interface of a Google Pay- and/or Google Wallet-enabled computing device is operable to transmit said payment information from said electronic device to the NFC recipient of the transaction.<br><br>Check your tap to pay set up<br>1. Open the Google Wallet app.<br>2. At the top right, tap your Profile picture or Account > **Payment setup**.<br>3. Check if you're ready to make contactless payments. To tap to pay with Google Wallet:<br>  • Near field communication (NFC) must be turned on.<br><br>*See, e.g.*, *Tap to pay with your phone*, Google Wallet Help, https://support.google.com/wallet/answer/12060043.<br><br>To use Google Wallet on your watch, you must:<br>• Have a watch that runs Wear OS version 2.0 and up. Check your watch version.<br>• Have a watch with near field communication (NFC).<br><br>*See, e.g.*, *Tap to pay with your smartwatch*, Google Wallet Help, https://support.google.com/wallet/answer/12059876; Made by Google, *How to Use Google Wallet on Your Google Pixel Watch*, YouTube (Apr. 11, 2023), https://www.youtube.com/watch?v=Sa6ULG8MNUA.<br><br>Google Pay was designed to provide the flexibility required for an open platform and protection for all users: the cardholder, merchant, network, the merchant's acquiring bank, and the card issuing bank.<br><br>Highlights of Google Pay's security features include:<br><br>- **Network tokenization standards:** When a cardholder makes a purchase using a device token, Google Pay sends the token's DPAN rather than the FPAN of the card. This "tokenization" provides your cardholders with an extra layer of security.<br><br>- **Secure in-memory storage of limited-use keys (LUKs):** Your cardholder's mobile device stores the primary key that generates transaction cryptograms for contactless transactions. No other primary key data is stored on the device.<br><br>*See, e.g.*, *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security; *Google Pay – Device Tokenization – TSP Integration*, Google (Feb. 1, 2024), https://developers.google.com/pay/issuers/tsp-integration/overview; Google, *Google Pay Security Paper* (Ver. 2.4, Jan. 2022) *available at* https://developers.google.com/wallet/access/campus-id/resources/Google_Pay_Security_Paper_2.4.pdf. |

EXHIBIT F - U.S. PATENT NO. 10,810,579																																									Page 12 of 13

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | <br>Figure 6. Processing a Contactless EMV Transaction Using an NFC-Enabled Device-Centric Digital Wallet<br><br>*See, e.g.*, US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 24 (June 2019), *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; *Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[m]: wherein further the processor is operable to cause the display to visually convey a status of the transaction. | The processor of a Google Pay- and/or Google Wallet-enabled computing device is operable to cause the display to visually convey a status of the transaction.<br><br><br><br>See, e.g., *Google Pay – Device Tokenization – TSP Integration – Google Pay Flows*, Google (May 2, 2024), https://developers.google.com/pay/issuers/tsp-integration/gpay-flows.<br><br><br><br>See, e.g., Made by Google, *How to Use Google Wallet on Your Google Pixel Watch*, YouTube (Apr. 11, 2023), https://www.youtube.com/watch?v=Sa6ULG8MNUA; *Tap to pay with your smartwatch*, Google Wallet Help, https://support.google.com/wallet/answer/12059876. |