# Exhibit G

**Exhibit G - U.S. Patent No. 11,176,538**

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[Pre]: A method of performing an online payment transaction, the method comprising: | A Google Pay- and/or Google Wallet-enabled computing device performs an online payment transaction.<br><br>**BUY WITH GOOGLE PAY**<br>**Checkout with a click**<br>The Buy with Google Pay button takes you through checkout with just a click. It's the perfect combination of convenience and added security, online and in apps.<br><br>Pay in a few steps<br>- Click the Buy with Google Pay button at checkout<br>- Choose your preferred payment method and shipping address<br>- That's all it takes! Your checkout is complete.<br><br>[Shopping Cart screenshot: sportstore.com, Skateboard x1 $80.00, Subtotal $80.00, Shipping $0.00, Total $80.00, Buy with G Pay]<br><br>*See, e.g.*, *Google Pay – Pay Online*, Google, https://pay.google.com/about/pay-online/; *Google Pay – Pay the Google way*, Google, https://pay.google.com/about/; *An even better way to use your favorite Google apps.*, Google, https://store.google.com/intl/en/ideas/articles/google-software-features/ ("Google apps come loaded on every Pixel, including . . . Google Wallet to give you an easy way to pay when you arrive.").<br><br>**Use virtual card numbers to pay online or in apps**<br>When you save a credit or debit card to your Google Account, you may be able to turn on a virtual card number. Virtual card numbers can be shared with merchants for online or in-app transactions to keep your actual card number info more secure.<br>This feature is currently available for eligible cards in the US only.<br><br>*See, e.g.*, *Use virtual card numbers to pay online or in apps*, Google Pay Help, https://support.google.com/googlepay/answer/11234179. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[a]: receiving an input signal at an electronic device, the input signal corresponding to a request for payment of an online payment transaction by said electronic device, via a wireless interface of the electronic device;<br><br>19[b] a displaying of the payment request notification at a touch-screen display user-interface of the electronic device; and,<br><br>19[c]: upon an authorizing of a valid device user, displaying at least one user-selectable payment account option, and requesting a user approval of payment, via the touch-screen display user-interface;<br><br>19[d] receiving, from a valid device user, a payment selection and authorization approval input on the electronic device; | A Google Pay- and/or Google Wallet-enabled computing device receives an input signal at an electronic device, the input signal corresponding to a request for payment of an online payment transaction by said electronic device, via a wireless interface of the electronic device; displays the payment request notification at a touch-screen display user-interface of the electronic device; upon an authorizing of a valid device user, displays at least one user-selectable payment account option, and requesting a user approval of payment, via the touch-screen display user-interface; and receives, from a valid device user, a payment selection and authorization approval input on the electronic device.<br><br><br><br>*See, e.g.*, *Google Pay for Payments – Android – Brand Guidelines*, Google Pay (Oct. 28, 2024), https://developers.google.com/pay/api/android/guides/brand-guidelines; *Google Pay – Device Tokenization – TSP Integration – Google Pay Flows*, Google (May 2, 2024), https://developers.google.com/pay/issuers/tsp-integration/gpay-flows; *Google Pay FAQ*, Aerospace Federal Credit Union, https://www.aerofcu.org/Services/Digital-Wallet/Google-Pay-FAQ ("Google Pay requires an active Internet connection when making a purchase. . . . You can connect via a Wi-Fi network or using your mobile data connection."). |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | <br>*See, e.g.*, *Google Pay – Pay Online*, Google, https://pay.google.com/about/pay-online/.<br><br>*See, e.g.*, *Verify it's you to make a purchase*, Google Wallet Help, https://support.google.com/wallet/answer/12059519; *Set up screen lock for tap to pay transactions*, Google Wallet Help Center (captured Dec. 15, 2023), https://web.archive.org/web/20231215153739/https://support.google.com/wallet/answer/12059519#zippy=%2Cpayment-limits-on-a-locked-device (noting for the United States that "Unlock is required for all transactions except for transit"); *Set screen lock on your Pixel phone*, Pixel Phone Help, https://support.google.com/pixelphone/answer/2819522. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | <br><br>See, e.g., Pali Bhat, *Bringing it all together with Google Pay*, Google – The Keyword (Jan. 18, 2018), https://blog.google/products/google-pay/announcing-google-pay/. |
| 19[e] generating at least one limited-use numbers at said electronic device, and using said limited-use number in place of at least a portion of selected account issuer payment information; and | A Google Pay- and/or Google Wallet-enabled computing device generates at least one limited-use numbers at said electronic device, and using said limited-use number in place of at least a portion of selected account issuer payment information.<br><br>Google Pay was designed to provide the flexibility required for an open platform and protection for all users: the cardholder, merchant, network, the merchant's acquiring bank, and the card issuing bank.<br><br>Highlights of Google Pay's security features include:<br><br>• **Network tokenization standards:** When a cardholder makes a purchase using a device token, Google Pay sends the token's DPAN rather than the FPAN of the card. This "tokenization" provides your cardholders with an extra layer of security.<br><br>• **Secure in-memory storage of limited-use keys (LUKs):** Your cardholder's mobile device stores the primary key that generates transaction cryptograms for contactless transactions. No other primary key data is stored on the device.<br><br>See, e.g., *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security; *Google Pay for Payments – Android – Payment data cryptography for merchants*, Google (Oct. 28, 2024), https://developers.google.com/pay/api/android/guides/resources/sample-tokens; Google, *Google Pay Security Paper* (Ver. 2.4, Jan. 2022) *available at* https://developers.google.com/wallet/access/campus-id/resources/Google_Pay_Security_Paper_2.4.pdf. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | <br>Figure 7. Processing an In-App Transaction Using a Merchant Mobile App with Tokens Provisioned in a Device-Centric Wallet<br><br>*See, e.g.*, US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12, 23-26 (June 2019), *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; *Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details.<br><br>**About virtual cards**<br><br>Virtual cards are a safer way to pay online or in-app. When you use a virtual card to make a purchase, the app replaces your physical card number with a unique virtual card number. When you check out, the virtual number hides your personal payment details and helps to protect you against fraud.<br><br>• You can use your virtual card for online or in-app purchases.<br>• When you pay online, you can check out faster if you allow Google to automatically fill out your virtual card payment info and CVC.<br>  • If you use autofill on Chrome, your bank may send a temporary code to your phone to verify your identity.<br>  • For some cards, you may not be able to use a virtual card on certain merchant sites or apps if the merchant has opted out of using the virtual cards.<br><br>**Tip:** The virtual card number, expiration date, and CVC may be different from your physical card. For added security, some card issuers change your virtual card number or CVC for different merchants or transactions.<br><br>*See, e.g.*, *Use virtual card numbers to pay online or in apps*, Google Pay Help, https://support.google.com/googlepay/answer/11234179. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[f] combining said at least one limited-use numbers, with said selected account information, to form a complete payment information; and, | A Google Pay- and/or Google Wallet-enabled computing device combines said at least one limited-use numbers, with said selected account information, to form a complete payment information.<br><br>Tokenized card<br><br>A tokenized card is a card that's added to Google Wallet.<br><br>The decrypted payload of a tokenized card depends on the type of card selected. The following three examples show decrypted payloads for different types of tokenized cards.<br><br>Visa<br><br>The following is an example of a decrypted payload for tokenized Visa cards:<br><br>ECv2  **ECv1**<br><br>```
{
  "messageExpiration": "1507738377032",
  "paymentMethod": "TOKENIZED_CARD",
  "messageId": "AH2EjtcHYs1Ye-ZIZuZXd7eNO4QjQfZjBDtP2ti0tob_a5o22lHmGWHsBVYrrSylkFC3ZTsRdvMadQpw(",
  "paymentMethodDetails": {
    "expirationYear": 2028,
    "dpan": "4895370012003478",
    "expirationMonth": 12,
    "authMethod": "3DS",
    "3dsCryptogram": "AgAAAAABk4DWZ4C28yUQAAAAAA=",
    "eciIndicator": "07"
  }
}
```<br><br>*See, e.g.*, *Google Pay API for Android – Test with sample tokens*, Google (Oct. 28, 2024), https://developers.google.com/pay/api/android/guides/resources/sample-tokens. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | **About virtual cards**<br><br>Virtual cards are a safer way to pay online or in-app. When you use a virtual card to make a purchase, the app replaces your physical card number with a unique virtual card number. When you check out, the virtual number hides your personal payment details and helps to protect you against fraud.<br><br>- You can use your virtual card for online or in-app purchases.<br>- When you pay online, you can check out faster if you allow Google to automatically fill out your virtual card payment info and CVC.<br>  - If you use autofill on Chrome, your bank may send a temporary code to your phone to verify your identity.<br>  - For some cards, you may not be able to use a virtual card on certain merchant sites or apps if the merchant has opted out of using the virtual cards.<br><br>**Tip:** The virtual card number, expiration date, and CVC may be different from your physical card. For added security, some card issuers change your virtual card number or CVC for different merchants or transactions.<br><br>*See, e.g., Use virtual card numbers to pay online or in apps*, Google Pay Help, https://support.google.com/googlepay/answer/11234179. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[g] wherein the receiving of a user payment approval authorization through the user-interface of the electronic device, is comprising a displaying on said display at least a portion of information comprising: the payment request, the merchant, the amount, and the transaction information; and,<br><br>19[h] receiving a user input providing for at least one transaction authorization actions, from a set of actions including: approving a transaction, denying a transaction, selecting a user information, a payment amount adjustment, and selecting a transaction payment method; and, | A Google Pay- and/or Google Wallet-enabled computing device, when receiving a user payment approval authorization through the user-interface, displays on said display at least a portion of information comprising: the payment request, the merchant, the amount, and the transaction information; and receives a user input providing for at least one transaction authorization actions, from a set of actions including: approving a transaction, denying a transaction, selecting a user information, a payment amount adjustment, and selecting a transaction payment method.<br><br><br><br>*See, e.g.*, *Google Pay for Payments – Android – Brand Guidelines*, Google Pay (Oct. 28, 2024), https://developers.google.com/pay/api/android/guides/brand-guidelines; *Google Pay – Device Tokenization – TSP Integration – Google Pay Flows*, Google (May 2, 2024), https://developers.google.com/pay/issuers/tsp-integration/gpay-flows. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | See, e.g., Pali Bhat, *Bringing it all together with Google Pay*, Google – The Keyword (Jan. 18, 2018), https://blog.google/products/google-pay/announcing-google-pay/. |

EXHIBIT G - U.S. PATENT NO. 11,176,538                                                                               Page 10 of 11

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 19[i] on receiving said user payment approval authorization input, a transmitting by the wireless interface of the approved complete payment information for the online transaction. | A Google Pay- and/or Google Wallet-enabled computing device, on receiving said user payment approval authorization input, transmits by the wireless interface of the approved complete payment information for the online transaction.<br><br><br><br>*See, e.g.*, *Google Pay for Payments – Android – Brand Guidelines*, Google Pay (Oct. 28, 2024), https://developers.google.com/pay/api/android/guides/brand-guidelines; *Google Pay – Device Tokenization – TSP Integration – Google Pay Flows*, Google (May 2, 2024), https://developers.google.com/pay/issuers/tsp-integration/gpay-flows. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | 

Figure 7. Processing an In-App Transaction Using a Merchant Mobile App with Tokens Provisioned in a Device-Centric Wallet

*See, e.g.*, US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12, 23-26 (June 2019), *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; *Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details.

## About virtual cards

Virtual cards are a safer way to pay online or in-app. When you use a virtual card to make a purchase, the app replaces your physical card number with a unique virtual card number. When you check out, the virtual number hides your personal payment details and helps to protect you against fraud.

- You can use your virtual card for online or in-app purchases.
- When you pay online, you can check out faster if you allow Google to automatically fill out your virtual card payment info and CVC.
  - If you use autofill on Chrome, your bank may send a temporary code to your phone to verify your identity.
  - For some cards, you may not be able to use a virtual card on certain merchant sites or apps if the merchant has opted out of using the virtual cards.

**Tip:** The virtual card number, expiration date, and CVC may be different from your physical card. For added security, some card issuers change your virtual card number or CVC for different merchants or transactions.

*See, e.g.*, *Use virtual card numbers to pay online or in apps*, Google Pay Help, https://support.google.com/googlepay/answer/11234179. |