# Exhibit H

**Exhibit H - U.S. Patent No. 11,620,634**

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 1[Pre]: A method of generating and using limited-use payment information for performing a payment transaction, the method comprising: | A Google Pay and/or Google Wallet-enabled computing device practices a method of generating and using limited-use payment information for performing a payment transaction.<br><br><br><br>*See, e.g.*, *An even better way to use your favorite Google apps.*, Google, https://store.google.com/intl/en/ideas/articles/google-software-features/; *Install and update apps on Google Pixel Watch*, Google, https://support.google.com/googlepixelwatch/answer/13044412 ("Google Pixel Watch 2 is preloaded with more apps like Calendar, Fitbit, Google Wallet, Google Maps, YouTube Music and more.").<br><br><br><br>*See, e.g.*, *Google Pay – Pay the Google way*, Google, https://pay.google.com/about/; *Google Pay – Pay In Store*, Google, https://pay.google.com/about/pay-in-store/; *Google Wallet*, Google, https://wallet.google/. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | Google Pay was designed to provide the flexibility required for an open platform and protection for all users: the cardholder, merchant, network, the merchant's acquiring bank, and the card issuing bank.<br><br>Highlights of Google Pay's security features include:<br><br>• **Network tokenization standards:** When a cardholder makes a purchase using a device token, Google Pay sends the token's DPAN rather than the FPAN of the card. This "tokenization" provides your cardholders with an extra layer of security.<br><br>• **Secure in-memory storage of limited-use keys (LUKs):** Your cardholder's mobile device stores the primary key that generates transaction cryptograms for contactless transactions. No other primary key data is stored on the device.<br><br>*See, e.g., Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security; *Google Pay – Device Tokenization – Overview*, Google (Oct. 16, 2024), https://developers.google.com/pay/issuers; *Google Pay – Device Tokenization – TSP Integration*, Google (Feb. 1, 2024), https://developers.google.com/pay/issuers/tsp-integration/overview; *Google Safety Center – Google Pay Safety & Security Features*, Google, https://safety.google/pay/. |
| 1[a]: receiving an input at an electronic device, wherein the input comprises a priming operation, and, | A Google Pay- and/or Google Wallet-enabled computing device receives an input at an electronic device, wherein the input comprises a priming operation.<br><br>**Pay in a store**<br><br>**Step 1: Wake up & unlock your phone**<br><br>**Important:** For users with a Pixel 7 or Pixel 7 Pro, Face Unlock is currently not supported for tap to pay transactions.<br><br>Turn on your screen, then unlock your phone. You don't need to open the Google Wallet app.<br><br>*See, e.g., Tap to pay with your phone*, Google Wallet Help, https://support.google.com/wallet/answer/12060043; Shikar Mehrotra, *Pixel 7 Always-on Display: How To Turn It On (Or Off)*, ScreenRant (Jun. 27, 2023), https://screenrant.com/pixel-7-always-on-display-how/. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
|  |  *See, e.g.*, Made by Google, *How to Use Google Wallet on Your Google Pixel Watch*, YouTube (Apr. 11, 2023), https://www.youtube.com/watch?v=Sa6ULG8MNUA; Jon Gilbert and Anu Joy, *7 Google Pixel Watch tip and tricks you'll want to try*, Android Police (Oct. 7, 202), https://www.androidpolice.com/google-pixel-watch-tips-tricks/. |
| 1[b]: wherein the electronic device comprises:<br><br>1[c]: a processor; | A Google Pay- and/or Google Wallet-enabled computing device is an electronic device that includes a processor.<br><br>[. . .]<br><br>*See, e.g.*, *Pixel phone hardware tech specs*, Pixel Phone Help, https://support.google.com/pixelphone/answer/7158570.<br><br>[. . .]<br><br>*See, e.g.*, *Google Pixel Watch Technical & Device Specifications*, Google Pixel Watch Help, https://support.google.com/googlepixelwatch/answer/12651869. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 1[d]: a touch-screen display coupled to the processor; and | A Google Pay- and/or Google Wallet-enabled computing device includes a touch-screen display coupled to the processor.<br><br><br><br>See, e.g., *Fix a Pixel screen that doesn't work right*, Pixel Phone Help, https://support.google.com/pixelphone/answer/6010316.<br><br> <br><br>See, e.g., *Fix a blank, unresponsive, or error message on the Google Pixel Watch screen*, Google Pixel Watch Help, https://support.google.com/googlepixelwatch/answer/13575675. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 1[e]: a near field communications (NFC) interface coupled to the processor; | A Google Pay- and/or Google Wallet-enabled computing device includes a near-field communications (NFC) interface coupled to the processor.<br><br>Pixel 8a<br>To learn about the features of your Pixel 8a phone, refer to the diagram below:<br>1. SIM card tray<br>2. Top microphone<br>3. Top speaker<br>4. Front-facing camera<br>5. Power button<br>6. Volume up/down button<br>7. Fingerprint sensor<br>8. LED flash<br>9. Rear-facing camera: Ultrawide lens<br>10. Rear-facing camera: Wide lens<br>11. NFC<br>12. Bottom speaker<br>13. USB-C port<br>14. Bottom microphone<br><br>*See, e.g.*, *Pixel phone hardware diagram*, Pixel Phone Help, https://support.google.com/pixelphone/answer/7157629/.<br><br>Google Pixel Watch 2 Specifications    [. . .]<br>Connectivity<br>• 4G LTE and UMTS³<br>• Bluetooth® 5.0<br>• Wi-Fi 802.11 b/g/n 2.4GHz<br>• NFC<br><br>*See, e.g.*, *Google Pixel Watch Technical & Device Specifications*, Google Pixel Watch Help, https://support.google.com/googlepixelwatch/answer/12651869. |
| 1[f]: responsive to said priming operation, readying said device to perform a payment transaction by an identified user; | Responsive to said priming operation, a Google Pay- and/or Google Wallet-enabled computing device gets ready to perform a payment transaction by an identified user.<br><br>**Pay in a store**<br>**Step 1: Wake up & unlock your phone**<br>**Important:** For users with a Pixel 7 or Pixel 7 Pro, Face Unlock is currently not supported for tap to pay transactions.<br>Turn on your screen, then unlock your phone. You don't need to open the Google Wallet app.<br><br>*See, e.g.*, *Tap to pay with your phone*, Google Wallet Help, https://support.google.com/wallet/answer/12060043; Shikar Mehrotra, *Pixel 7 Always-on Display: How To Turn It On (Or Off)*, ScreenRant (Jun. 27, 2023), https://screenrant.com/pixel-7-always-on-display-how/. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
|  | *See, e.g.*, Made by Google, *How to Use Google Wallet on Your Google Pixel Watch*, YouTube (Apr. 11, 2023), https://www.youtube.com/watch?v=Sa6ULG8MNUA; Jon Gilbert and Anu Joy, *7 Google Pixel Watch tip and tricks you'll want to try*, Android Police (Oct. 7, 202), https://www.androidpolice.com/google-pixel-watch-tips-tricks/. |
| 1[g]: receiving a payment request for the payment transaction at said electronic device;<br><br>1[h]: displaying, on the touch-screen display, information reflecting the payment request, and an image representing a selected issued payment account; | A Google Pay- and/or Google Wallet-enabled computing device receives a payment request for the payment transaction at said electronic device and displays, on the touch-screen display, information reflecting the payment request, and an image representing a selected issued payment account.<br><br>*See, e.g.*, *Tap to pay with your phone*, Google Wallet Help, https://support.google.com/wallet/answer/12060043. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | <br>*See, e.g.*, *Google Pay – Pay the Google way*, Google, https://pay.google.com/about/.<br><br>**Pay with a different card**<br>You can tap and pay with other cards that aren't your default card.<br>1. Open the Google Wallet app 🟰.<br>2. At the top, on your card, swipe from the right edge of the screen to left until you find the card that you want to use.<br>3. Hold the back of your phone against the payment terminal.<br>4. If prompted, choose "Credit," no matter your type of card.<br><br>*See, e.g.*, *Change your default payment method in the Google Wallet app*, Google Wallet Help, https://support.google.com/wallet/answer/12059255.<br><br>**Make a payment in a store**<br>**Important:** For QUICPay and iD, you don't need to open the Google Wallet app to pay. Just hold your watch to the reader.<br>1. Open the Google Wallet app 🟰.<br>2. Hold your watch over the contactless payment reader until you hear a sound or feel vibration from your watch.<br>3. If asked, tap **Credit** regardless of your type of card.<br>4. For debit card transactions, you may have to enter a PIN. Use the PIN that you set up with your bank.<br><br>*See, e.g.*, *Tap to pay with your smartwatch*, Google Wallet Help, https://support.google.com/wallet/answer/12059876. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
|  | **How to use Google Wallet on Pixel Watch**<br><br>With Screen Lock and Google Wallet set up on Pixel Watch, now it's just a matter of putting the tap-to-pay functionality to use.<br><br>1. **Double-press** the crown.<br><br>2. Your default card will appear on the screen.<br><br>3. If you want to pay with a different card, **swipe** until you find the card you want to use.<br><br>See, e.g., *How to use Google Wallet on the Pixel Watch*, AndroidCentral (Oct. 19, 2022), https://www.androidcentral.com/wearables/how-to-use-google-wallet-pixel-watch. |
| 1[i]: dynamically generating, by the processor, limited-use payment information<br><br>1[j]: wherein said limited-use payment information is dynamically generated based on a per-transaction sequential parameter originating from the electronic device; | A Google Pay- and/or Google Wallet-enabled computing device dynamically generates by a processor of the device, limited-use payment information. wherein said limited-use payment information is dynamically generated based on a per-transaction sequential parameter originating from the electronic device.<br><br>Google Pay was designed to provide the flexibility required for an open platform and protection for all users: the cardholder, merchant, network, the merchant's acquiring bank, and the card issuing bank.<br><br>Highlights of Google Pay's security features include:<br><br>• **Network tokenization standards:** When a cardholder makes a purchase using a device token, Google Pay sends the token's DPAN rather than the FPAN of the card. This "tokenization" provides your cardholders with an extra layer of security.<br><br>• **Secure in-memory storage of limited-use keys (LUKs):** Your cardholder's mobile device stores the primary key that generates transaction cryptograms for contactless transactions. No other primary key data is stored on the device.<br><br>See, e.g., *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security.<br><br>At a high level, the Google Pay security approach:<br>• Adheres to standards for payment network tokenization, the creation and use of a cryptogram to represent payment credentials.<br>• Unlocks these cryptograms with limited-use keys (LUKs) or single use keys (SUKs), which are stored in-memory on the device.    [. . .] |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| | **5.0 Secure Limited-Use Key Storage** |
| | **5.1 Context** |
| | Conventional provisioning of credit card information to a device (whether tokenized or not) involves storing a Master Key on a trusted piece of hardware like a Secure Element. For the purpose of this document, it will be called Card Master Key (CMK). CMK is synonymous with Master Derivation Key (MDK). |
| | The CMK serves as a long-term secret used to compute cryptographic dynamic verification codes (CVC3) are generated for MSD transactions and ARQC (Online Authorization Request) cryptograms are generated for EMV transactions. These are verified by the issuer during issuer authorization. |
| | *See, e.g.*, Google, *Google Pay Security Paper* (Ver. 2.4, Jan. 2022) *available at* https://developers.google.com/wallet/access/campus-id/resources/Google_Pay_Security_Paper_2.4.pdf. |
| | **8  Application Cryptogram and Issuer Authentication** |
| | The aim of this section is to provide methods for the generation of the Application Cryptograms (TC, ARQC, or AAC) generated by the ICC and the Authorisation Response Cryptogram (ARPC) generated by the issuer and verified by the ICC. For more details on the role of these cryptograms in a transaction, see section 10.8 of Book 3.         [. . .] |
| | **8.1  Application Cryptogram Generation** |
| | **8.1.1  Data Selection**                                                                                                  [. . .] |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
|  | The recommended minimum set of data elements to be included in Application Cryptogram generation is specified in Table 26.<br><br>| Value | Source |<br>|---|---|<br>| Amount, Authorised (Numeric) | Terminal |<br>| Amount, Other (Numeric) | Terminal |<br>| Terminal Country Code | Terminal |<br>| Terminal Verification Results | Terminal |<br>| Transaction Currency Code | Terminal |<br>| Transaction Date | Terminal |<br>| Transaction Type | Terminal |<br>| Unpredictable Number | Terminal |<br>| Application Interchange Profile | ICC |<br>| Application Transaction Counter | ICC |<br><br>Table 26: Recommended Minimum Set of Data Elements for Application Cryptogram Generation<br><br>*See, e.g.*, EMVCo, *EMV Integrated Circuit Card Specifications for Payment Systems, Book 2 – Security and Key Management v4.3* at 11, 21, 87–88 (Nov. 2011), *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |
| 1[k]: using said limited-use payment information in connection with the payment transaction in place of issued payment information associated with said selected issued payment account; | A Google Pay- and/or Google Wallet-enabled computing device uses said limited-use payment information in connection with the payment transaction in place of issued payment information associated with said selected issued payment account.<br><br>Google Pay was designed to provide the flexibility required for an open platform and protection for all users: the cardholder, merchant, network, the merchant's acquiring bank, and the card issuing bank.<br><br>Highlights of Google Pay's security features include:<br><br>- **Network tokenization standards:** When a cardholder makes a purchase using a device token, Google Pay sends the token's DPAN rather than the FPAN of the card. This "tokenization" provides your cardholders with an extra layer of security.<br><br>- **Secure in-memory storage of limited-use keys (LUKs):** Your cardholder's mobile device stores the primary key that generates transaction cryptograms for contactless transactions. No other primary key data is stored on the device.<br><br>*See, e.g.*, *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security; *Payment data cryptography for merchants*, Google Pay for Payments (Oct. 28, 2024), https://developers.google.com/pay/api/android/guides/resources/payment-data-cryptography; *Google Pay – Device Tokenization – TSP Integration*, Google (Feb. 1, 2024), https://developers.google.com/pay/issuers/tsp-integration/overview. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 1[l]: transmitting said limited-use payment information from said electronic device via said NFC interface for receipt by an NFC recipient; | A Google Pay- and/or Google Wallet-enabled computing device transmits said limited-use payment information from said electronic device via said NFC interface for receipt by an NFC recipient.<br><br>Google Pay was designed to provide the flexibility required for an open platform and protection for all users: the cardholder, merchant, network, the merchant's acquiring bank, and the card issuing bank.<br><br>Highlights of Google Pay's security features include:<br><br>• **Network tokenization standards:** When a cardholder makes a purchase using a device token, Google Pay sends the token's DPAN rather than the FPAN of the card. This "tokenization" provides your cardholders with an extra layer of security.<br><br>• **Secure in-memory storage of limited-use keys (LUKs):** Your cardholder's mobile device stores the primary key that generates transaction cryptograms for contactless transactions. No other primary key data is stored on the device.<br><br>*See, e.g.*, *Google Pay – Device Tokenization – Security*, Google (Sept. 12, 2024), https://developers.google.com/pay/issuers/overview/security; *Payment data cryptography for merchants*, Google Pay for Payments (Oct. 28, 2024), https://developers.google.com/pay/api/android/guides/resources/payment-data-cryptography; *Google Pay – Device Tokenization – TSP Integration*, Google (Feb. 1, 2024), https://developers.google.com/pay/issuers/tsp-integration/overview.<br><br>**Check your tap to pay set up**<br>1. Open the Google Wallet app.<br>2. At the top right, tap your Profile picture or Account > **Payment setup**.<br>3. Check if you're ready to make contactless payments. To tap to pay with Google Wallet:<br>  • Near field communication (NFC) must be turned on.<br><br>*See, e.g.*, *Tap to pay with your phone*, Google Wallet Help, https://support.google.com/wallet/answer/12060043.<br><br>To use Google Wallet on your watch, you must:<br><br>• Have a watch that runs Wear OS version 2.0 and up. Check your watch version.<br>• Have a watch with near field communication (NFC).<br><br>*See, e.g.*, *Tap to pay with your smartwatch*, Google Wallet Help, https://support.google.com/wallet/answer/12059876; Made by Google, *How to Use Google Wallet on Your Google Pixel Watch*, YouTube (Apr. 11, 2023), https://www.youtube.com/watch?v=Sa6ULG8MNUA.<br><br>At a high level, the Google Pay security approach:          [. . .]<br>  • Adheres to standards for payment network tokenization, the creation and use of a cryptogram to represent payment credentials.<br>  • Unlocks these cryptograms with limited-use keys (LUKs) or single use keys (SUKs), which are stored in-memory on the device.<br>                                                                                          [. . .] |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
|  | **5.0 Secure Limited-Use Key Storage**<br><br>**5.1 Context**<br><br>Conventional provisioning of credit card information to a device (whether tokenized or not) involves storing a Master Key on a trusted piece of hardware like a Secure Element. For the purpose of this document, it will be called Card Master Key (CMK). CMK is synonymous with Master Derivation Key (MDK).<br><br>The CMK serves as a long-term secret used to compute cryptographic dynamic verification codes (CVC3) are generated for MSD transactions and ARQC (Online Authorization Request) cryptograms are generated for EMV transactions. These are verified by the issuer during issuer authorization.<br><br>*See, e.g.*, Google, *Google Pay Security Paper* (Ver. 2.4, Jan. 2022) *available at* https://developers.google.com/wallet/access/campus-id/resources/Google_Pay_Security_Paper_2.4.pdf.<br><br><br><br>Figure 6. Processing a Contactless EMV Transaction Using an NFC-Enabled Device-Centric Digital Wallet<br><br>*See, e.g.*, US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 24 (June 2019), *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; *Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details. |

| Claim No. | Google Pay- and/or Google Wallet-Enabled Computing Device |
|---|---|
| 1[m]: responsive to the transmitting the limited-use payment information, receiving via the NFC interface information reflecting a status of said payment transaction; and displaying the status of said payment transaction via said touch-screen display. | Responsive to transmitting the limited-use payment information, a Google Pay- and/or Google Wallet-enabled computing device receives via the NFC interface information reflecting a status of said payment transaction and displays the status of said payment transaction via said touch-screen display.<br><br><br><br>NFC Tap (success)<br><br>*See, e.g.*, *Google Pay – Device Tokenization – TSP Integration – Google Pay Flows*, Google (May 2, 2024), https://developers.google.com/pay/issuers/tsp-integration/gpay-flows.<br><br><br><br>*See, e.g.*, Made by Google, *How to Use Google Wallet on Your Google Pixel Watch*, YouTube (Apr. 11, 2023), https://www.youtube.com/watch?v=Sa6ULG8MNUA; *Tap to pay with your smartwatch*, Google Wallet Help, https://support.google.com/wallet/answer/12059876.. |