**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **CardWare Inc.,** | § | |
| **Plaintiff,** | § § § | |
| v. | § | CIVIL ACTION NO. 7:24-cv-00278-DC-DTG |
| **Google LLC,** | § § | JURY TRIAL DEMANDED |
| **Defendant.** | § § § | |

### PLAINTIFF CARDWARE INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff CardWare Inc. certifies that there is no parent corporation and that no publicly held corporation owns 10 percent or more of the interest in CardWare Inc.

Dated: November 6, 2024                    Respectfully submitted,

*/s/ Eric H. Findlay*_____
Eric H. Findlay
State Bar No. 00789668
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903)534-1100
Fax: (903)534-1137
efindlay@findlaycraft.com

Matthew G. Berkowitz
Yue (Joy) Wang
Navid C. Bayar
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
ywang@reichmanjorgensen.com
nbayar@reichmanjorgensen.com

1

Caroline Walters
Khue Hoang
Patrick Colsher
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
cwalters@reichmanjorgensen.com
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

***Attorneys for Plaintiff CardWare Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2024 I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the attorneys of record in this case.

/s/*Eric H. Findlay*
Eric H. Findlay