## Attachment A

I, Yue (Joy) Wang, have been admitted to practice in the following courts:

| Title of Court | Date Admitted |
|---|---|
| U.S. Patent & Trademark Office | 5/19/2014 (patent agent) <br> 2/23/2015 (patent attorney) |
| California State Courts (300594) | 12/5/2014 |
| U.S. District Court, Central District of California | 1/29/2015 |
| Federal Court of Appeals – Federal Circuit | 4/28/2015 |
| U.S. District Court, Northern District of California | 3/1/2017 |
| Federal Court of Appeals – Ninth Circuit | 11/30/2020 |