**Attachment B**

I, Yue (Joy) Wang, have previously applied for Pro Hac Vice in the WDTX:

| Case No. | Date of PHV Application |
| --- | --- |
| 6:21-cv-1230 | 12/29/2021 |
| 6:20-cv-1216 | 3/12/2021 |
| 1:23-cv-1020 | 6/30/2022 |
| 6:22-cv-410 | 6/30/2022 |
| 6:22-cv-1134 | 4/3/2023 |