## **Attachment A**

I, Navid Bayar, have been admitted to practice in the following courts:

| **Title of Court** | **Date Admitted** |
|---|---|
| New York State Courts (5940002) | 3/14/2006 |
| California State Courts (319640) | 1/2/2018 |
| U.S. Court of Appeals, Tenth Circuit | 3/25/2022 |
| Texas State Courts (24132779) | 11/17/2022 |
| U.S. District Court, Eastern District of Texas (24132779) | 5/11/2023 |
| U.S. Court of Appeals, Federal Circuit | 5/30/2023 |