UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARDWARE INC., § § § Plaintiff, § § v. § § GOOGLE LLC, § § Defendant. § § § § | Civil Action No. 7:24-CV-00278-DC-DTG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Google LLC respectfully moves this Court to extend the date by which to answer, plead, or otherwise respond to Plaintiff CardWare Inc.'s Complaint ("Complaint"). Defendant was served on November 5, 2024, making its response to Plaintiff's Complaint due Tuesday, November 26, 2024.

Defendant respectfully requests that the deadline to answer or otherwise respond to the Complaint be extended by sixty (60) days to Monday, January 27, 2025. Defendant has good cause to make this request because counsel for Google LLC requires additional time to retain lead counsel and research the allegations in the case in order to respond to the Complaint, including due to the upcoming holidays. Plaintiff does not oppose the Motion.

This extension is not sought for purposes of delay, but so that justice may be done.

1

Date: November 13, 2024						Respectfully submitted,

								JACKSON WALKER L.L.P.

								*s/ Katharine L. Carmona*
								Katharine Lee Carmona
								Texas State Bar No. 00787399
								kcarmona@jw.com
								100 Congress Avenue, Suite 1100
								Austin, Texas 78701
								(512) 236-2000
								(512) 236-2002 (facsimile)

								Nathaniel St. Clair, II
								Texas State Bar No. 24071564
								nstclair@jw.com
								2323 Ross Avenue, Suite 600
								Dallas, Texas 75201
								(214) 953-6000
								(214) 953-5822 (facsimile)

								Erica Benites Giese
								Texas State Bar No. 24036212
								egiese@jw.com
								1900 Broadway, Suite 1200
								San Antonio, Texas 78215
								(210) 978-7700
								(210) 978-7790 (facsimile)

								*Counsel for Defendant Google LLC*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that Jackson Walker L.L.P. counsel conferred by electronic mail with opposing counsel on November 12, 2024, concerning this Motion, to which opposing counsel responded that Plaintiff was not opposed to the request for additional time.

								*/s/ Katharine L. Carmona*
								Katharine L. Carmona

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2024, a true and correct copy of Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Katharine L. Carmona*
Katharine L. Carmona