UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARDWARE INC., § § § Plaintiff, § § v. § § GOOGLE LLC, § § Defendant. § § § | Civil Action No. 7:24-CV-00278-DC-DTG JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

COMES NOW Katharine Lee Carmona, Erica Benites Giese, and Nathaniel St. Clair, II who are admitted or otherwise authorized to practice in this Court, and hereby enter their appearance as counsel on behalf of Defendant Google LLC.

Date: November 13, 2024

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By:  /s/ *Katharine L. Carmona*
Katharine Lee Carmona
Texas State Bar No. 00787399
kcarmona@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

Erica Benites Giese
Texas State Bar No. 24036212
egiese@jw.com
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 (facsimile)

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Katharine L. Carmona*
Katharine Lee Carmona

2

42693860v.1