IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| CARDWARE INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 7:24-CV-00278-DC-DTG |
| v. | § § | |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Google LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be granted. Accordingly,

IT IS ORDERED that Defendant Google LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.

IT IS FURTHER ORDERED that Defendant Google LLC shall have up to and including January 27, 2025, to respond to Plaintiff's Complaint.

SIGNED this 14th day of November, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE