## Attachment A

I, Caroline M. Walters, have been admitted to practice in the following courts:

| **Title of Court** | **Date Admitted** |
|---|---|
| California State Courts (239054) | 12/9/2005 |
| U.S. District Court, Eastern District of California | 2/10/2006 |
| U.S. District Court, Northern District of California | 3/3/2006 |
| U.S. District Court, Central District of California | 8/13/2007 |
| District of Columbia | 7/11/2019 |
| New York State Courts (5780739) | 4/27/2020 |
| U.S. District Court, Northern District of New York (705759) | 9/1/2023 |
| U.S. District Court, Southern District of New York (5780739) | 10/3/2023 |