**Attachment A**

I, Khue Hoang, have been admitted to practice in the following courts:

| Title of Court | Date Admitted |
|---|---|
| U.S. Court of Appeals, Eleventh Circuit | |
| California State Courts (205917) | 1/3/2000 |
| New York State Court (4131850) | 3/21/2003 |
| United States District Court for the Eastern District of New York | 4/25/2006 |
| United States District Court for the Southern District of New York | 4/25/2006 |
| United States District Court for the Northern District of California | 1/25/2012 |
| U.S. District Court, Central District of California | 9/18/2012 |
| United States Court of Appeals, Federal Circuit | 8/1/2013 |
| United States District Court Eastern District of Texas | 1/16/2015 |
| United States Supreme Court | 1/17/2017 |
| United States District Court Southern District of Texas | 5/11/2017 |
| United States District Court Southern District of Georgia | 1/9/2018 |
| U.S. District Court, Northern District of Illinois | 8/16/2023 |