IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARDWARE INC., <br><br>    Plaintiff <br><br>v. <br><br>GOOGLE LLC, <br><br>    Defendant. | Civil Action No.: 7:24-CV-00278-DC-DTG <br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Matthias A. Kamber, who is admitted or otherwise authorized to practice in this Court, enters his appearance as counsel for Defendant Google LLC and consents to electronic service of all papers in this action.

DATED: January 27, 2025

Respectfully Submitted,

By: */s/ Matthias A. Kamber*
    Matthias A. Kamber
    matthiaskamber@paulhastings.com
    PAUL HASTINGS LLP
    101 California Street, 48th Floor
    San Francisco, CA 94111
    Telephone: (415) 856-7000
    Facsimile: (415) 856-7100

    Attorney for Defendant
    GOOGLE LLC

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of January, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                                                    */s/ Matthias A. Kamber*
                                                    Matthias A. Kamber