IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARDWARE INC., § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § <br> § <br> § | Civil Action No. 7:24-CV-00278-DC-DTG <br><br> JURY TRIAL DEMANDED |

**DEFENDANT GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

DATED:  January 27, 2025               Respectfully Submitted,

                                                          By: */s/ Katharine Lee Carmona*
                                                          Katharine Lee Carmona
                                                          TX State Bar No. 00787399
                                                          kcarmona@jw.com
                                                          JACKSON WALKER LLP
                                                          100 Congress Avenue, Suite 1100
                                                          Austin, Texas 78701
                                                          Telephone:  (512) 236-2000
                                                          Facsimile:  (512) 236-2002

                                                          Nathaniel St. Clair, II
                                                          Texas State Bar No. 24071564
                                                          nstclair@jw.com
                                                          JACKSON WALKER LLP
                                                          2323 Ross Avenue, Suite 600
                                                          Dallas, Texas 75201
                                                          Telephone:  (214) 953-6000

Facsimile: (214) 953-5822

Erica Benites Giese
Texas State Bar No. 24036212
egiese@jw.com
JACKSON WALKER LLP
1900 Broadway, Suite 1200
San Antonio, Texas 78215
Telephone: (210) 978-7700
Facsimile: (210) 978-7790

Robert W. Unikel (*pro hac vice pending*)
robertunikel@paulhastings.com
PAUL HASTINGS LLP
71 S. Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Matthias A. Kamber
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Elizabeth L. Brann (*pro hac vice pending*)
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert R. Laurenzi (*pro hac vice pending*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

        James V. Razick (*pro hac vice pending*)
jamesrazick@paulhastings.com
Jason Mikus (*pro hac vice pending*)
jasonmikus@paulhastings.com
Puja V. Patel (*pro hac vice pending*)
pujapatel@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Attorneys for Defendant
GOOGLE LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

        */s/ Katharine Lee Carmona*
        Katharine Lee Carmona