IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| CardWare Inc., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 7:24-cv-00278-DC-DTG |
| | § | |
| Google LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**PLAINTIFF CARDWARE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION BRIEF TO DEFENDANT GOOGLE LLC'S MOTION TO DISMISS (DKT. 32)**

COMES NOW Plaintiff CardWare Inc. ("CardWare") and respectfully requests a two (2) week extension of time to file its Opposition Brief to Defendant Google LLC's ("Google") Motion to Dismiss (Dkt. 32) (hereinafter, "Motion"). The current deadline for CardWare to file its Opposition Brief is February 10, 2025. CardWare requests this deadline be extended to February 24, 2025.

I.

On January 27, 2025, Google filed its Motion (Dkt. 32). Pursuant to the Local Rules, CardWare has fourteen (14) days to file its Opposition Brief to Google's Motion. CardWare respectfully requests a two (2) week extension to file its Opposition Brief to Google's Motion.

II.

Counsel for CardWare has corresponded with Google's counsel regarding CardWare's requested extension and Google does not oppose CardWare's request.

WHEREFORE, Plaintiff CardWare Inc. requests that the Court extend the current deadline for CardWare to file its Opposition Brief to Defendant Google LLC's Motion to Dismiss (Dkt. 32) to February 24, 2025.

Dated: January 30, 2025                    Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789668
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903)534-1100
Fax: (903)534-1137
efindlay@findlaycraft.com

Matthew G. Berkowitz
Yue (Joy) Wang
Navid C. Bayar
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
ywang@reichmanjorgensen.com
nbayar@reichmanjorgensen.com

Caroline Walters
Khue Hoang
Patrick Colsher
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
cwalters@reichmanjorgensen.com
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

***Attorneys for Plaintiff CardWare Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 30, 2025, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Eric H. Findlay*
Eric H. Findlay
