**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **CardWare Inc.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | CIVIL ACTION NO. 7:24-cv-00278-DC-DTG |
| | § | |
| **Google LLC,** | § | JURY TRIAL DEMANDED |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Plaintiff CardWare Inc.'s ("CardWare") Unopposed Motion for Extension of Time to File its Opposition Brief to Defendant Google LLC's Motion to Dismiss (Dkt. 32). The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that Plaintiff CardWare Inc. shall have until and through February 24, 2025 to file its Opposition Brief to Defendant Google LLC's Motion to Dismiss (Dkt. 32).

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2025.

_____
CHIEF JUDGE DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE