IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| CardWare Inc., | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 7:24-cv-00278-DC-DTG |
| Google LLC, | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## SCHEDULING ORDER

| Schedule A | Schedule B | Item |
| --- | --- | --- |
| 2/13/25 | 2/13/25 | Plaintiff serves preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e. the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| 2/18/25 | 2/18/25 | Deadline for Rule 26 Report and Proposed Scheduling Order |
| 2/24/25 | 2/24/25 | Opposition to Motion to Dismiss (Jan. 31, 2025 Text Order) |
| 2/27/25 | 2/27/25 | Initial Case Management Conference (unless vacated) |
| 3/17/2025 | 3/17/2025 | Reply In Support of Motion to Dismiss (agreed two-week extension) |
| 4/3/25 | 4/3/25 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |

| Schedule A | Schedule B | Item |
|---|---|---|
| 4/17/25 | 4/17/25 | Parties exchange terms for claim construction |
| 5/1/25 | 5/1/25 | Parties exchange proposed claim constructions |
| 5/8/25 | 5/8/25 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| 5/15/25 | 5/15/25 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| 5/22/25 | 5/22/25 | Defendant files Opening claim construction brief, including any argument that any claim terms are indefinite. |
| 6/12/25 | 6/12/25 | Plaintiff files Responsive claim construction brief. |
| 6/26/25 | 6/26/25 | Defendant files Reply claim construction brief. |
| 7/10/25 | 7/10/25 | Plaintiff files Sur-Reply claim construction brief. |
| 7/15/25 | 7/15/25 | Parties submit Joint Claim Construction Statement. |
| 7/17/25 | 7/17/25 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| 7/24/25 (subject to the Court's availability) | 7/24/25 (subject to the Court's availability) | *Markman* hearing. |
| 7/25/25 | 7/25/25 | Fact discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| 9/4/25 | 9/4/25 | Deadline to add parties. |
| 9/18/25 | 9/18/25 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to amend if new information is identified after initial contentions. |

| Schedule A | Schedule B | Item |
|---|---|---|
| 11/13/25 | 11/13/25 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion). |
| 1/22/26 | 1/22/26 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| 2/19/26 | 2/19/26 | Close of Fact Discovery. |
| 2/26/26 | 3/5/26 | Opening Expert Reports. |
| 3/26/26 | 4/2/26 | Rebuttal Expert Reports. |
| 4/16/26 | 4/23/26 | Close of Expert Discovery. |
| 4/23/26 | 4/30/26 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 4/30/26 | 5/14/26 | Dispositive motion deadline and *Daubert* motion deadline. |
| 5/14/26 | 6/11/26 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 5/28/26 | 6/25/26 | Serve objections to pretrial disclosures/rebuttal disclosures |
| 6/4/26 | 7/2/26 | Serve objections to rebuttal disclosure; file motions *in limine*. |
| 6/11/26 | 7/16/26 | File Joint Pretrial Order and Pretrial Submissions (jury hearing instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 6/17/26 | 7/23/26 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 6/1/26 or 8 weeks before trial as scheduled | 7/27/26 or 8 weeks before trial as scheduled | Parties to contact Court to confirm their pretrial conference and trial dates |

| Schedule A | Schedule B | Item |
|---|---|---|
| 6/29/26 or 3 business days before Final Pretrial Conference | 3 business days before Final Pretrial Conference | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| ~7/2/26 (subject to the Court's availability) | ~8/31/26 (subject to the Court's availability) | Final Pretrial Conference. Held in person unless otherwise requested. |
| ~7/27/26 (subject to the Court's availability) | ~9/21/26 (subject to the Court's availability) | Jury Selection/Trial |

SIGNED February \_\_\_, 2025.

_____
JUDGE DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE